IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STAN NAMAKO                          :
      Plaintiff,              :         NO. 08-3255
                                     :
      vs.                     :
                                     :
ACME MARKETS, INC.                   :
      Defendant.              :

## O R D E R

AND NOW, this 11th day of March, 2010, upon consideration of the Defendant Acme Markets, Inc.'s Motion for Summary Judgment (Document No. 33, filed January 8, 2010), and Plaintiff's Response to Summary Judgment (Document No. 35, filed February 4, 2010), for the reasons set forth in the Memorandum dated March 11, 2010, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Acme Markets, Inc., and **AGAINST** plaintiff, Stan Namako.

**IT IS FURTHER ORDERED** that Defendant's Motion to Stay Pretrial Deadlines (Document No. 36, filed March 9, 2010) is **DENIED AS MOOT**.

                                            BY THE COURT:

                                         /s/ Hon. Jan E. DuBois
                                        **JAN E. DUBOIS, J.**